IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01305-WDM-PAC

MARISELA ESQUIVEL,

    Plaintiff,

v.

JAYESH PATEL,
HARMONY DEVELOPMENT & MANAGEMENT, LLC,

    Defendants.

## ORDER OF REMAND

Miller, J.

This matter is before me on the Unopposed Motion to Remand, filed by plaintiff Marisela Esquivel. Esquivel asserts the removal of the case by defendant Jayesh Patel was defective under 28 U.S.C. § 1446 because Patel failed to obtain defendant Harmony Development & Management, LLC's consent to the removal.

Failure to comply with the unanimity requirement of section 1446 is a procedural defect in the removal process. *SBKC Serv. Corp. v. 1111 Prospect Partners, L.P.*, 105 F.3d 578, 580 (10th Cir. 1997). Such a defect renders the case subject to remand pursuant to section 1447(c). Because remand is proper based on the failure to join all defendants in removal, I do not reach Esquivel's alternate grounds for remand.

Accordingly, it is ordered:

1.    The motion to remand, filed August 2, 2006, is granted.

2.     This case shall be remanded to the District Court, City and County of Denver, Colorado.

DATED at Denver, Colorado, on August 3, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge